JS-6

Irene Ruzin, Esq.
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, California 91436
Tel: (818) 325-2888
Fax: (818) 325-2890
ireneruzin@gmail.com

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCIE KOPESKY,<br><br>            Plaintiff,<br><br>vs.<br><br>MARTIN O'MALLEY, Commissioner of the Social Security Administration,<br><br>            Defendant, | Case No.: SACV24-01036-DDP (AGR)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE**<br><br>**NOTE CHANGES MADE BY COURT** |

   **WHEREAS** the Plaintiff filed a Notice of Errata Regarding Inadvertent Filing of a Case; it is hereby

   **ORDERED** that this action is dismissed without prejudice to Plaintiff's ability to file the action in the Southern District of California; and

   **ORDERED** that the Clerk shall close this matter out and shall process the Form G-124 to refund the pro hac vice fee in the amount of $500.00 to the original form of payment from the Plaintiff; and

   **ORDERED** that all other pending motions are denied without prejudice as moot.

DATED: May 30, 2024

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE